FILED

Oct 24 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ yeseniab          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                         Plaintiff,

        v.

JEFFREY HARRELL,

                         Defendant.

Case No.: '19 CR4240 JLS

I N F O R M A T I O N

Title 18, U.S.C., Sec. 471 –
Counterfeiting and Forging
Obligations or Securities of
the United States

The United States Attorney charges:

## COUNT 1

On or about March 29, 2019, within the Southern District of California, defendant JEFFREY HARRELL, with intent to defraud, did falsely counterfeit, make, and forge an obligation of the United States, to wit: fifteen $100 federal reserve notes, serial number B17696399; in violation of Title 18, United States Code, Section 471.

## COUNT 2

On or about March 29, 2019, within the Southern District of California, defendant JEFFREY HARRELL, with intent to defraud, did falsely counterfeit, make, and forge an obligation of the United States, to wit: ten $100 federal reserve notes, serial number KB46279860I; in violation of Title 18, United States Code, Section 471.

//

//

MEH:9/12/19

1

2

COUNT 3

3    On or about March 29, 2019, within the Southern District of

4 California, defendant JEFFREY HARRELL, with intent to defraud, did

5 falsely counterfeit, make, and forge an obligation of the United

6 States, to wit: one $100 federal reserve note, serial number

7 DB55376579A; in violation of Title 18, United States Code, Section 471.

8

COUNT 4

9    On or about March 29, 2019, within the Southern District of

10 California, defendant JEFFREY HARRELL, with intent to defraud, did

11 falsely counterfeit, make, and forge an obligation of the United

12 States, to wit: two $50 federal reserve notes, serial number

13 WB77773543C; in violation of Title 18, United States Code, Section 471.

14

COUNT 5

15    On or about March 29, 2019, within the Southern District of

16 California, defendant JEFFREY HARRELL, with intent to defraud, did

17 falsely counterfeit, make, and forge an obligation of the United

18 States, to wit: ten $50 federal reserve notes, serial number

19 MB79631234A; in violation of Title 18, United States Code, Section 471.

20

COUNT 6

21    On or about March 29, 2019, within the Southern District of

22 California, defendant JEFFREY HARRELL, with intent to defraud, did

23 falsely counterfeit, make, and forge an obligation of the United

24

2

25

26

27

28

1  States, to wit: five $50 federal reserve notes, serial number

2  AG11812128C; in violation of Title 18, United States Code, Section 471.

3

4                                    ROBERT S. BREWER, JR.
                                     United States Attorney
5

6      DATED: 10/24/19                                FOR:
                                     MEGHAN E. HEESCH
7                                    Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                        3

26

27

28