| | |
|---|---|
| 1 | Charles N. Guthrie (SBN 76644) |
| | Attorney at Law |
| 2 | P.O. Box 124670 |
| | San Diego, Ca. 92112-4670 |
| 3 | Tel: 619-230-8598 |
| | Attorney for Defendant: |
| 4 | Jeffrey Harrell |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19 CR 4240 - JLS |
| Plaintiff, | JOINT MOTION |
| | CONTINUE SENTENCE DATE |
| v. | |
| JEFFREY HARRELL, | |
| Defendant. | |

HERE COMES JOINTLY DEFENDANT, Jeffrey Harrell, by and through his attorney Charles N. Guthrie, and the United States Attorney, Robert S. Brewster Jr., by his Assistant United States Attorney Meghan Heesch who hereby move the court continue Mr. Jeffrey Harrell's sentence date to on or about, June 26, 2020, at 10:30 am.

Defendant's sentence date is currently May 15, 2020, at 9:00 a.m. and because of the Corona Virus difficulties in seeing defendants and specific difficulty in arranging a psychiatric interview both defendant and government jointly move the court continue Mr. Harrell's sentence to the date of June 26,

2020, at the hour of 10:30 a.m.

I certify/ declare the above true under penalty of perjury executed this May 4, 2010, in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Attorney at Law
Attorney for Jeffrey Harrell

I have discussed with Attorney Charles N. Guthrie the above joint motion for continuance and proposed order to be filed with the court and I approve of its form and content.

Dated: May 4, 2020                    S/Meghan Heesch
                                      Meghan Heesch, AUSA

Respectfully submitted,

S/Charles N. Guthrie, Attorney at Law
Charles N. Guthrie, Attorney at Law
For Jeffrey Harrell