UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR4240-JLS |
|---|---|
| Plaintiff, | 19CR7056-JLS |
| v. | **ORDER CONTINUING SENTENCING HEARING AND SUPERVISED RELEASE REVOCATION HEARING** |
| JEFFREY LAWRENCE HARRELL, | |
| Defendant. | |

Neither party has filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **June 26, 2020**; the hearing is **CONTINUED** to **Friday, August 14, 2020** at **10:30 a.m.**

The Supervised Release Revocation Hearing set for June 26, 2020 is also continued to Friday, August 14, 2020 at 10:30 a.m.

IT IS SO ORDERED.

Dated: June 22, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1