UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE JANIS L. SAMMARTINO)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY LAWRENCE HARRELL,<br><br>Defendant. | Case No.  19CR4240 -JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, it is hereby ordered that the sentencing hearing in the above-captioned case be continued from January 29, 2021, at 10:30 a.m., to Friday, May 7, 2021, at 10:30 a.m.

IT IS SO ORDERED.

DATED:  January 19, 2021

_____
Honorable Janis L. Sammartino
United States District Judge

19 CR 4240 - JLS