1  Charles N. Guthrie (SBN 76644)
   Attorney at Law
2  P.O. Box 124670
   San Diego, Ca. 92112-4670
3  Tel: 619-230-8598
   Attorney for Defendant:
4  Jeffrey Harrell

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   19 CR 4240 - JLS |
| Plaintiff, | JOINT MOTION |
| v. | CONTINUE SENTENCE DATE |
| JEFFREY HARRELL, | |
| Defendant. | |

HERE COMES JOINTLY DEFENDANT, Jeffrey Harrell, by and through his attorney Charles N. Guthrie, and the United States Attorney, Randy Grossman, by his Assistant United States Attorney Meghan Heesch who hereby move the court continue Mr. Jeffrey Harrell's sentence date for an additional two months from the current date of July 9, 2021, at 10:30 a.m., to Friday, September 17, 2021, at the hour of 10:30.

Defendant's sentence date is currently Friday, July 9, 2021, at 10:30 a.m., and because of the Corona Virus difficulties in seeing defendants and specific difficulty in arranging a psychiatric interviews at the jails both defendant and

1  government jointly move the court continue Mr. Harrell's sentence to the date of
2  Friday, September 17, 2021, at 10:30 a.m.
3      I certify/ declare the above true under penalty of perjury executed this July
4  2, 2021, in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Attorney at Law
Attorney for Jeffrey Harrell

    I have discussed with Attorney Charles N. Guthrie the above joint motion for continuance and proposed order to be filed with the court and I approve of its form and content.

Dated:   July 2, 2021               S/Meghan Heesch
                                             Meghan Heesch, AUSA

Respectfully submitted,

S/Charles N. Guthrie, Attorney at Law
Charles N. Guthrie, Attorney at Law
For Jeffrey Harrell