## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 19CR4240-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Jeffrey Lawrence Harrell | Booking No. 15301046 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  10/22/2021
the Court entered the following order:

☒ Defendant be release from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☒ Defendant sentenced to TIME SERVED, supervised release for  3  years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.

Janis L. Sammartino
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by  Alex Ramos ext. 5291

10/22/21
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

**Alex Ramos**

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Alex Ramos |
| **Sent:** | Friday, October 22, 2021 2:59 PM |
| **Subject:** | Read: 19CR4240-JLS Abstract |

Your message

  To: CAS Releases
  Subject: 19CR4240-JLS Abstract
  Sent: Friday, October 22, 2021 2:57:09 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, October 22, 2021 2:58:36 PM (UTC-08:00) Pacific Time (US & Canada).